Case 3:18-cr-00102-WKW-WC   Document 110   Filed 12/07/23   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Altonne Marquaviyes Finley | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 3:18cr102-WKW-1<br>USM No: 17571-002<br><br>Benjamin Edward Shoettker<br>*Defendant's Attorney* |
| Date of Original Judgment: 02/12/2019<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Defendant is not eligible for a reduction under Part A of Amendment 821. Defendant received 2 points under USSG 4A1.1(d) for a total of 12 criminal history points (CHC V). A reduction of 1 point pursuant to USSG 4A1.1(e) of the Amended Guidelines (total of 11 criminal history points) does not change his CHC from category V.

Except as otherwise provided, all provisions of the judgment dated   02/12/2019   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/07/2023                                   /s/ W. Keith Watkins
                                                         *Judge's signature*

Effective Date: _____                            W. Keith Watkins, United States District Judge
*(if different from order date)*                          *Printed name and title*